

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S) <br> v. <br> Zavik Zargarian, <br><br> DEFENDANT(S). | CR14-598-3 <br><br> **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES** <br> **18 USC §3006A(f)** |

On ____October 26, 2016____ defendant ____Zavik Zargarian____

☑ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints ____Richard Goldman, DFPD____ as counsel for the defendant

☑ until further notice.
☐ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☑ A total sum of $ 500.00
    ☐ due not later than____
    ☐ due in monthly payments of $ ____ beginning ____.

☐ Monthly payments of $ ____ to commence on ____
and to continue until final disposition of this case.

☑ Other __This appointment is subject to further order for contribution at the discretion of the district judge__

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

| October 26, 2016 | / s / Alka Sagar |
|---|---|
| Dated | United States Magistrate Judge |

cc: *Clerk's Office, Fiscal Section*
    *CJA*
    *FPD*
    *PSA*